UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                    CIVIL NO. 04-72197
vs.                                               HONORABLE LAWRENCE P. ZATKOFF
                                                  MAGISTRATE JUDGE R. STEVEN WHALEN

ELENA SZILVAGYI, DAVID J.
SZILVAGYI, PATERNO M. DOREZA,
MANUELA DOREZA, PRIME CARE
SERVICES, INC., and SU-PRA
ENTERPRISES, INC., ET AL.,

                    Defendants.
_____/

ORDER STAYING PROCEEDINGS
 AGAINST DEFENDANTS PATERNO DOREZA, MANUELA DOREZA
AND P.S. FINANCIAL. L.L.C.

WHEREAS on June 14, 2004, the United States of America filed a complaint against

Defendants Elena Szilvagyi, David J. Szilvagyi, Paterno Doreza and Manuela Doreza and others

under the False Claims Act, 31 U.S.C. §§ 3729-33; and

WHEREAS there is now a pending, related criminal case against Paterno Doreza and

Manuela Doreza, United States v. Paterno Doreza and Manuela Doreza, Criminal Case No. 2:06-

cr-20063; Judge Lawrence P. Zatkoff;

WHEREAS the parties, plaintiff, United States of America, and Defendants Paterno

Doreza, Manuela Doreza and P.S. Financial, L.L.C., by and through their attorneys, stipulated to

stay the civil action until the conclusion of the criminal case against Paterno Doreza and

Manuela Doreza.

IT IS HEREBY ORDERED all proceedings in the above-captioned civil action against Defendants Paterno Doreza, Manuela Doreza and P.S. Financial, L.L.C. are stayed until the conclusion of the criminal case against Paterno Doreza and Manuela Doreza, at which time this Court will issue a new scheduling order.


IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 16, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290

2