**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                             CIVIL NO. 04-72197
                                                               HON. LAWRENCE P. ZATKOFF
                                                               MAGISTRATE JUDGE R. STEVEN WHALEN

ELENA SZILVAGYI, DAVID J.
SZILVAGYI, PATERNO M. DOREZA,
MANUELA DOREZA, PRIME CARE
SERVICES, INC., and SU-PRA
ENTERPRISES, INC., ET. AL.

        Defendants.
_____/

**ORDER OF REMOVAL OF ACTION**
**AS A PENDING MATTER**

        The Court having entered an Order Staying Proceedings, and it further appearing to the Court

that the stay will remain in effect for a substantial period of time and there appearing to be no further

reason at this time to maintain the file as an open case for statistical purposes;

        IT IS ORDERED that the Clerk close this matter for statistical purposes.  Nothing contained

in this Order or the related docket entry shall be considered a dismissal or disposition of this matter,

and, should further proceedings become necessary or desirable, any party may initiate them, and the

Court will order that the matter be reopened for statistical purposes.


                        s/Lawrence P. Zatkoff_____
                        LAWRENCE P. ZATKOFF
                        UNITED STATES DISTRICT JUDGE

Dated:  March 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 16, 2006.

s/Marie E. Verlinde_____
Case Manager
(810) 984-3290